**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6641**

DAVE ANDRAE TAYLOR,

　　　　　Plaintiff – Appellant,

　　　v.

UNITED STATES OF AMERICA; UNITED STATES ATTORNEY'S OFFICE; DRUG ENFORCEMENT ADMINISTRATION; BUREAU OF ALCOHOL, FIREARMS, TOBACCO & EXPLOSIVES; ROBERT E. TRONO, A.U.S.A.; JOHN HEALY, A.T.F.B. Special Agent; RICHARD PHILPOTT, D.E.A. Special Agent,

　　　　　Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Anthony J. Trenga, District Judge. (1:10-cv-00109-AJT-IDD)

Submitted: October 28, 2011　　　　Decided: November 3, 2011

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dave Andrae Taylor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dave Andrae Taylor appeals the district court's order dismissing his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Taylor v. United States</u>, No. 1:10-cv-00109-AJT-IDD (E.D. Va. May 3, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>